IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00198-W

| KIMBERLY ARREDONDO-CROSS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FORT DEARBORN LIFE INSURANCE CO., | ) | |
| Defendant. | ) | |

THE MATTER is before the Court on Defendant's Motion to Set Aside Default (Doc. No. 8), and Plaintiff's Consent to Set Aside Default (Doc. No. 9).

The Court finds sufficient reason to grant Defendant's motion, and that Plaintiff has no objection to the motion. It is, therefore, GRANTED.

IT IS HEREBY ORDERED that the Defendant's Motion to Set Aside Default (Doc. No. 8) is GRANTED.

IT IS SO ORDERED.

Signed: October 12, 2007

Frank D. Whitney
United States District Judge