IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00198-W

| | | |
|---|---|---|
| KIMBERLY ARREDONDO-CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FORT DEARBORN LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

THE MATTER is before the Court on the parties' Stipulation of Dismissal (Doc. No. 19), filed February 22, 2008.

THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff against Defendant and all claims of the Defendant against Plaintiff in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs. The Clerk is DIRECTED TO CLOSE THE CASE.

IT IS SO ORDERED.

Signed: February 25, 2008

Frank D. Whitney
United States District Judge